IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY MATTHEW WILLIAMS,

    Plaintiff,

vs.                                                  CASE NO. 5:06cv256/RS

CORY AITTAMA,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Second Amended Complaint (Doc. 9) is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2).

3. The clerk is directed to note on the docket that this case has been dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

4. The clerk is directed to close the file.

ORDERED on June 19, 2007.

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**